COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Lea Percy McLaurin v. Scott Sutton McLaurin

Appellate case number:   01-14-00710-CV

Trial court case number:  2009-06775

Trial court:             309th District Court of Harris County

On August 27, 2014, appellant Lea Percy McLaurin filed "Appellant's Motion for Emergency Stay" seeking an emergency stay of proceedings in the underlying case that are set to begin on August 28, 2014. The motion for an emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    X Acting individually    ☐ Acting for the Court

Date: August 27, 2014